THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN D. HERLIHY, Appellant.

*People* v. *Herlihy,* 66 App. Div. 534, affirmed.
(Argued February 21, 1902; decided March 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1901, which reversed a judgment of the Court of General Sessions of the city of New York sustaining a demurrer to an indictment against the defendant and overruled said demurrer.

*Abram I. Elkus* and *Carlisle J. Gleason* for appellant.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for respondent.

Judgment affirmed on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Absent: GRAY, J.

———————

PERRY E. BROWN et al., as Executors of ANDREW BROWN, Deceased, Appellants, *v.* MELCHERT D. MASON et al., Respondents.

*Brown* v. *Mason,* 55 App. Div. 395, affirmed.
(Submitted February 21, 1902; decided March 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 22, 1900, affirming a judgment in favor of defendants entered upon the report of a referee.

*A. C. Pickard* for appellants.

*N. H. Hill* and *V. E. Peckham* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.